AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

E-FILING

___Northern___ District of ___California___

Cecilia Mangaoang

**SUMMONS IN A CIVIL ACTION**

V.

SPECIAL DEFAULT SERVICES, INC.; et al.

CASE NUMBER:

C 19 03125

VKD

TO: (Name and address of Defendant)

Special Default Services, Inc.
MARISOL NAGATA, Registered Agent
17100 GILLETTE AVENUE
IRVINE CA 92614

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cecilia Mangaoang
1765 Landess Ave, PMB #323
Milpitas, CA 95035

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUSAN Y. SOONG

JUN 0 5 2019

CLERK                                                                 DATE

Betty J. Walton

(By) DEPUTY CLERK