AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern  District of  California

Cecilia Mangaoang

V.

SPECIAL DEFAULT SERVICES, INC.; et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 19 03125 VKD

ADR

TO: (Name and address of Defendant)

WILMINGTON TRUST, NA, as Trustee
c/o Darren J. King, Executive VP & CFO
1100 North Market Street
Wilmington, DE 19890-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cecilia Mangaoang
1765 Landess Ave, PMB #323
Milpitas, CA 95035

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUSAN Y. SOONG                                          JUN 0 5 2019

CLERK                                                   DATE

Betty J. Walton

(By) DEPUTY CLERK