**PARKER IBRAHIM & BERG LLP**
JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
MATTHEW S. HENDERSON (CA Bar No. 274252)
matthew.henderson@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC and
NEWPORT BEACH HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MANGAOANG,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIAL DEFAULT SERVICES, INC.; TRINITY FINANCIAL SERVICES, LLC; NEWPORT BEACH HOLDINGS, LLC; WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A. AST TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; SELECT PORTFOLIO SERVICING, INC.; Does # 1 -10, inclusive,<br><br>    Defendants. | **CASE NO.:** 5:19-cv-03125-VKD<br><br>Assigned For All Purposes To:<br>Hon. Virginia K. DeMarchi<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF DEFENDANTS TRINITY FINANCIAL SERVICES, LLC, AND NEWPORT BEACH HOLDINGS, LLC, TO PLAINTIFF'S REQUEST FOR APPROVAL TO RECORD A NOTICE OF PENDENCY OF ACTION**<br><br>**TRIAL DATE:**   None set.<br>**ACTION FILED:**   June 5, 2019 |

///

///

///

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Trinity Financial Services, LLC ("TFS") and Newport Beach Holdings, LLC ("NBH") (collectively, "Defendants") hereby request that, in connection with their opposition to the motion ("Motion") of plaintiff Cecilia Mangaoang ("Plaintiff") for approval to record a notice of pendency of action, that this Court take judicial notice, pursuant to Federal Rules of Evidence §§ 201(b), 201(c), and 201(d), of the following documents:

1. A true and correct copy of the deed of trust recorded with the Santa Clara County Recorder on January 18, 2007, as instrument number 19268025 ("First Deed of Trust"), attached as Exhibit "1."

2. A true and correct copy of the deed of trust recorded with the Santa Clara County Recorder on January 18, 2007, as instrument number 19268026 ("Second Deed of Trust"), attached as Exhibit "2."

3. A true and correct copy of the corporate assignment of deed of trust recorded with the Santa Clara County Recorder on December 17, 2015 ("First Assignment"), as instrument number 23175056, attached as Exhibit "3."

4. A true and correct copy of the corporate assignment of deed of trust recorded with the Santa Clara County Recorder on September 12, 2018, as instrument number 24022209 ("Second Assignment"), attached as Exhibit "4."

5. A true and correct copy of the substitution of trustee recorded with the Santa Clara County Recorder on September 9, 2016, as instrument number 23426665 ("SOT), attached as Exhibit "5."

6. A true and correct copy of the notice of default and election to sell under deed of trust recorded with the Santa Clara County Recorder on September 9, 2016, as instrument number 23426666 ("NOD"), attached as Exhibit "6."

7. A true and correct copy of the notice of trustee's sale recorded with the Santa Clara County Recorder on January 6, 2017, as instrument number 19268026 ("NOTS1"), attached as Exhibit "7."

8. A true and correct copy of the notice of trustee's sale ("NOTS2") recorded with the Santa Clara County Recorder on September 6, 2018, as instrument number 24018268, attached as Exhibit "8."

9. A true and correct copy of the trustee's deed upon sale recorded with the Santa Clara County Recorder on November 15, 2018, as instrument number 24064356 ("TDUS"), attached as Exhibit "9."

10. A true and correct copy of the voluntary petition under Chapter 13 of the U.S. Bankruptcy Code filed on March 11, 2009, in the United States Bankruptcy Court, Northern District matter *In re: Cecilia Mangaoang*, docketed as case number 09-51662 ("2009 Bankruptcy Case"), attached as Exhibit "10."

11. A true and correct copy of the order and notice of dismissal for failure to comply entered on March 31, 2009, in the 2009 Bankruptcy Case, attached as Exhibit "11."

12. A true and correct copy of the voluntary petition under Chapter 13 of the U.S. Bankruptcy Code filed on December 8, 2016, in the United States Bankruptcy Court, Northern District matter *In re: Cecilia Mangaoang*, docketed as case number 16-53447 ("2016 Bankruptcy Case"), attached as Exhibit "12."

13. A true and correct copy of the order and notice of dismissal for failure to comply entered on December 23, 2016, in the 2016 Bankruptcy Case, attached as Exhibit "13."

14. A true and correct copy of the voluntary petition under Chapter 13 of the U.S. Bankruptcy Code filed on January 31, 2017, in the United States Bankruptcy Court, Northern District matter *In re: Cecilia Mangaoang*, docketed as case no. 17-50208 ("2017 Bankruptcy Case"), attached as Exhibit "14."

15. A true and correct copy of the order and notice of dismissal for failure to comply entered on May 31, 2018, in the 2017 Bankruptcy Case, attached as Exhibit "15."

16. A true and correct copy of the voluntary petition under Chapter 13 of the U.S. Bankruptcy Code filed on October 4, 2018, in the United States Bankruptcy Court, Northern District matter *In re: Cecilia Mangaoang*, docketed as case no. 18-52245 ("2018 Bankruptcy Case"), attached as Exhibit "16."

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO RECORD LIS PENDENS**
Case No. 5:19-cv-03125-VKD

5963528.1

17. A true and correct copy of the court order dismissing the case entered on March 25, 2019, in the 2018 Bankruptcy Case, attached as Exhibit "17."

18. A true and correct copy of the adversary complaint filed on December 4, 2018, in the United States Bankruptcy Court, Northern District action entitled *Cecilia Mangaoang v. Special Default Services, Inc. et al.*, docketed as case no. 18-05062 ("2018 Adversary Complaint"), attached as Exhibit "18."

19. A true and correct copy of Defendant TFS' answer to the 2018 Adversary Complaint filed on January 17, 2019, attached as Exhibit "19."

20. A true and correct copy of Defendant NBH's answer to the 2018 Adversary Complaint filed on January 17, 2019, attached as Exhibit "20."

21. A true and correct copy of the dismissal of the adversary proceeding entered on April 23, 2019, attached as Exhibit "21."

22. A true and correct copy of the judgement entered on March 14, 2019, in the Superior Court of Santa Clara unlawful detainer action entitled *Trinity Financial Services, LLC v. Cecilia Mangaoang*, docketed as case number 18CV339119 ("UD Action"), attached as Exhibit "22."

23. A true and correct copy of the audio recording from a hearing in the adversary proceeding, case no. 18-05062, on February 11, 2019, attached as Exhibit "23."

Federal Rule of Evidence 201 authorizes a court to take judicial notice of facts that are "not subject to reasonable dispute" and are either (1) "generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid., Rule 201. Judicial notice is mandatory if it is requested by a party and the court is supplied with the necessary information. *Id*.

///
///
///
///
///
///

4

Courts routinely take judicial notice of court records, county recordings, and other governmental documents. See, e.g. *Allen v. U.Fin. Mortg. Corp*, 660 F.Supp.2d 1089, 1093-94 (N.D. Cal. 2009). As such, this Court should take judicial notice of the documents attached hereto as Exhibits 1 through 6, which are subject to judicial notice.

DATED: June 19, 2019                    **PARKER IBRAHIM & BERG LLP**

                                     By:   */s/ Matthew Henderson*
                                              JOHN M. SORICH
                                              MATTHEW HENDERSON
                                              Attorneys for Defendants
                                              TRINITY FINANCIAL SERVICES, LLC and
                                              NEWPORT BEACH HOLDINGS, LLC

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO RECORD LIS PENDENS**
Case No. 5:19-cv-03125-VKD

5963528.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*Cecilia Mangaoang v. Special Default Services, Inc.*
USDC Northern District Case No.: 5:19-cv-03125-VKD

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Parker Ibrahim & Berg LLC, 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626**.

On June 19, 2019, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF DEFENDANTS TRINITY FINANCIAL SERVICES, LLC, AND NEWPORT BEACH HOLDINGS, LLC, TO PLAINTIFF'S REQUEST FOR APPROVAL TO RECORD A NOTICE OF PENDENCY OF ACTION** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was deposited with delivery fees thereon fully prepaid.

☒ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June 19, 2019, at Costa Mesa, California.

*/s/ Julia Hernandez*
Julia Hernandez

{00637048.DOCX }

**SERVICE LIST**
*Cecilia Mangaoang v. Special Default Services, Inc.*
*USDC Northern District Case No.: 5:19-cv-03125-VKD*

| | |
|---|---|
| Cecilia Mangaoang<br>1765 Landess Avenue, PMB #232<br>Milpitas, CA 95035 | Plaintiff, In Pro Per<br><br>T: (408) 876-9950 |

{00637048.DOCX }

**PROOF OF SERVICE**