UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECILIA MANGAOANG, <br><br> Plaintiff, <br><br> v. <br><br> SPECIAL DEFAULT SERVICES, INC., et al., <br><br> Defendants. | Case No.19-cv-03125-VKD <br><br> **ORDER OF REASSIGNMENT** |

Pro se plaintiff Cecilia Mangaoang filed this action asserting claims related to the foreclosure of her home. Dkt. No. 1. Defendants Trinity Financial Services, LLC ("Trinity"); Newport Beach Holdings, LLC ("Newport Beach"); Select Portfolio Servicing, Inc. ("SPS"); and Wilmington Trust, NA, Successor Trustee to Citibank, N.A. as Trustee, for the Benefit of Registered Holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3 ("Wilmington") have appeared and moved to dismiss all claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. Nos. 17, 19. Defendant Special Default Services, Inc. ("SDS") has not yet appeared or responded to the complaint. Although Trinity, Newport Beach, SPS, and Wilmington have consented to magistrate judge jurisdiction, Ms. Mangaoang and SDS have not. Dkt. Nos. 18, 20.

All named parties, including unserved defendants, must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case. *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500, 501–04 (9th Cir. 2017) (holding that magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). As it appears that this case requires a decision that disposes of

the claims against some or all of the defendants at this time, and because not all parties have consented to magistrate judge jurisdiction, the matter must be reassigned to a district judge.

Accordingly, the Clerk of the Court shall reassign this case to a district judge pursuant to the Court's Assignment Plan.

**IT IS SO ORDERED.**

Dated: July 9, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge