**PARKER IBRAHIM & BERG LLP**
JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
MATTHEW S. HENDERSON (CA Bar No. 274252)
matthew.henderson@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC and
NEWPORT BEACH HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MANGAOANG,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIAL DEFAULT SERVICES, INC.; TRINITY FINANCIAL SERVICES, LLC; NEWPORT BEACH HOLDINGS, LLC; WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; SELECT PORTFOLIO SERVICING, INC.; Does # 1 -10, inclusive,<br><br>    Defendants. | **CASE NO.:** 5:19-cv-03125-SVK<br><br>Assigned For All Purposes To:<br>Hon. Lucy H. Koh<br><br>**REPLY MEMORANDUM OF DEFENDANTS TRINITY FINANCIAL SERVICES, LLC, AND NEWPORT BEACH HOLDINGS, LLC RE: NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS**<br><br>**TRIAL DATE:**   None set.<br>**ACTION FILED:**  June 5, 2019 |

///

///

///

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Trinity Financial Services, LLC ("TFS") and Newport Beach Holdings, LLC ("NBH") (collectively, "Defendants"), respectfully submit the following reply memorandum regarding the failure of plaintiff Cecilia Mangaoang ("Plaintiff") to file or serve an opposition to Defendant's Motion to Dismiss the Complaint (the "Motion").

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. PLAINTIFF FAILED TO FILE ANY OPPOSITION TO THE MOTION

On June 5, 2019, Plaintiff initiated this action by filing her verified complaint ("Complaint"). *See* Dkt. No. 1. The case was then assigned to Magistrate Judge Virginia K. DeMarchi. In response to the Complaint, Defendants timely filed the Motion on June 26, 2019, pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6). *See* Dkt. No. 17. By way of the Motion, Defendants request dismissal of the claims asserted against them in the Complaint with prejudice.

Pursuant to Local Civil Rule 7-3, the opposition was due no later than 14 days after the Motion was filed. Moreover, Federal Rule of Civil Procedure 6(d), which extends deadlines that are tied to particular methods of service, does not extend the deadline to file opposition. Civil L.R. 7-3. Thus, Plaintiff's opposition, if any, was required to be filed and served by July 10, 2019. *See also* Dkt. No. 17. Plaintiff did not file opposition to the Motion by the July 10th deadline.

As not all parties had consented to magistrate judge jurisdiction, on July 9, 2019, Magistrate Judge DeMarchi issued an Order of Reassignment transferring the case to a district court judge in the Northern District of California. *See* Dkt. No. 22. That same day, the clerk of court randomly reassigned the case to Judge Lucy H. Koh. *See* Dkt. No. 23. In so doing, the clerk advised the parties that "[a]ll hearing and trial dates presently scheduled are vacated…[h]ower, **exisiting briefing schedules for motions remain unchanged.**" *Id*. (Emphasis added).

However, after all parties eventually appeared and consented to magistrate jurisdiction, the district court reassigned the case back to a magistrate Judge. *See* Dkt. No. 37. Moreover, the reassignment order again declared that "existing briefing schedules for motions remain unchanged." *See* Dkt. No. 38.

As of the filing of this reply, Plaintiff has still failed to file any opposition or otherwise respond to Defendants' Motion. *See* Docket, generally.

Accordingly, Defendants respectfully request that the Court decline to review any belated opposition, and further request that the Court consider the failure of Plaintiff to timely oppose the Motion as an inference that the Motion is meritorious and should be granted in its entirety.

## II. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant the Motion to Dismiss the Complaint with prejudice.

DATED: July 16, 2019                    **PARKER IBRAHIM & BERG LLP**

By:  */s/ Matthew Henderson*
JOHN M. SORICH
MATTHEW HENDERSON
Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC and
NEWPORT BEACH HOLDINGS, LLC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Cecilia Mangaoang v. Special Default Services, Inc.*
USDC Northern District Case No.: 5:19-cv-03125-LHK

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Parker Ibrahim & Berg LLC, 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626**.

On July 16, 2019, I served the foregoing document described as **REPLY MEMORANDUM OF DEFENDANTS TRINITY FINANCIAL SERVICES, LLC, AND NEWPORT BEACH HOLDINGS, LLC RE: NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was deposited with delivery fees thereon fully prepaid.

☒ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 16, 2019, at Costa Mesa, California.

*/s/ Julia Hernandez*
Julia Hernandez

{00637048.DOCX }

## SERVICE LIST
*Cecilia Mangaoang v. Special Default Services, Inc.*
*USDC Northern District Case No.: 5:19-cv-03125-LHK*

| | |
|---|---|
| Cecilia Mangaoang<br>1765 Landess Avenue<br>PMB #232<br>Milpitas, CA 95035 | Plaintiff, In Pro Per<br><br>T: (408) 876-9950 |

{00637048.DOCX }

**PROOF OF SERVICE**