1  Richard J. Reynolds (SBN 89911)
   E-mail: rreynolds@bwslaw.com
2  Fabio R. Cabezas (SBN 131998)
   E-mail: fcabezas@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1851 East First Street, Suite 1550
4  Santa Ana, CA  92705-4067
   Tel: 949.863.3363   Fax: 949.863.3350
5
   Attorneys for Defendant
6  SPECIAL DEFAULT SERVICES, INC.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | CECILIA MANGAOANG,                     | Case No. 5:19-cv-03125-LHK
12 |              Plaintiff,                | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL DEFAULT SERVICES, INC.'S MOTION TO DISMISS COMPLAINT [Fed. R. Civ. P. Rule 12 (b)(6)]**
13 |       v.                               |
14 | SPECIAL DEFAULT SERVICES, INC.;        |
   | TRINITY FINANCIAL SERVICES, LLC;       |
15 | NEWPORT BEACH HOLDINGS, LLC;           | Date:      August 27, 2019
   | WILMINGTON TRUST, NA,                  | Time:      10:00 a.m.
16 | SUCCESSOR TRUSTEE TO CITIBANK,         | Judge:     Hon. Susan van Keuhen
   | N.A. AS TRUSTEE, FOR THE BENEFIT       | Courtroom: 6
17 | OF REGISTERED HOLDERS OF               |
   | STRUCTURE ASSET MORTGAGE               |
18 | INVESTMENTS II TRUST 2007-AR3,         |
   | MORTGAGE PASS-THROUGH                  |
19 | CERTIFICATES, SERIES 2007-AR3,         |
20 |              Defendants.               |

21

22        Defendant, SPECIAL DEFAULT SERVICES, INC. ("SDS"), hereby requests, pursuant

23 to Federal Rules of Evidence, Rule 201, that the Court take judicial notice of the following

24 official records and documents located in or with the Santa Clara County Recorder's office, the

25 United States Bankruptcy Court, Northern District of California, the United States District Court,

26 Northern District of California, the Nevada Secretary of State, and the Superior Court of

27 California, County of Santa Clara.

28 / / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-7092-5981 v1
F0016-0002

- 1 -

REQUEST FOR JUDICIAL NOTICE

### A. Recorded Documents Concerning the Real Property

1. A true and correct copy of the deed of trust recorded with the Santa Clara County Recorder on January 18, 2007, as instrument number 19268025 ("First DOT"), a copy of which is attached as Exhibit "1" of the Request for Judicial Notice of Trinity Financial Services, LLC and Newport Beach Holdings, LLC (Doc. 17-1 & 17-2) ("Trinity RJN").

2. A true and correct copy of the deed of trust recorded with the Santa Clara County Recorder on January 18, 2007, as instrument number 19268026 ("Second DOT"), a copy of which is attached as Exhibit "2" of the Trinity RJN.

3. A true and correct copy of the corporate assignment of deed of trust recorded with the Santa Clara County Recorder on December 17, 2015 ("First Assignment"), as instrument number 23175056, a copy of which is attached as Exhibit "3" of the Trinity RJN.

4. A true and correct copy of the corporate assignment of deed of trust recorded with the Santa Clara County Recorder on September 12, 2018, as instrument number 24022209 ("Second Assignment"), a copy of which is attached as Exhibit "4" of the Trinity RJN.

5. A true and correct copy of the substitution of trustee ("Substitution") recorded with the Santa Clara County Recorder on September 9, 2016, as instrument number 23426665 ("SOT), a copy of which is attached as Exhibit "5" of the Trinity RJN.

6. A true and correct copy of the notice of default and election to sell under deed of trust recorded with the Santa Clara County Recorder on September 9, 2016, as instrument number 23426666 ("NOD"), a copy of which is attached as Exhibit "6" of the Trinity RJN.

7. A true and correct copy of the notice of trustee's sale recorded with the Santa Clara County Recorder on January 6, 2017, as instrument number 19268026 ("NOTS1"), a copy of which is attached as Exhibit "7" of the Trinity RJN.

8. A true and correct copy of the notice of trustee's sale ("NOTS2") recorded with the Santa Clara County Recorder on September 6, 2018, as instrument number 24018268, a copy of which is attached as Exhibit "8" of the Trinity RJN.

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-7092-5981 v1
F0016-0002

- 2 -

REQUEST FOR JUDICIAL NOTICE

1  9. A true and correct copy of the trustee's deed upon sale recorded with the Santa Clara County Recorder on November 15, 2018, as instrument number 24064356 ("TDUS"), attached as Exhibit "9."

**B.  In re: Cecilia Mangaoang, Voluntary Petition Under Chapter 13 of the U.S. Bankruptcy Code filed on March 11, 2009, in the United States Bankruptcy Court, Northern District, Case Number 09-51662 ("2009 Bankruptcy Case")**

10. A true and correct copy of the voluntary petition in the "2009 Bankruptcy Case", a copy of which is attached as Exhibit "10" of the Trinity RJN.

11. A true and correct copy of the order and notice of dismissal for failure to comply entered on March 31, 2009, in the 2009 Bankruptcy Case, a copy of which is attached as Exhibit "11" of the Trinity RJN.

**C.  In re: Cecilia Mangaoang, Voluntary Petition under Chapter 13 of the U.S. Bankruptcy Code filed on December 8, 2016, in the United States Bankruptcy Court, Northern District, Case Number 16-53447 ("2016 Bankruptcy Case")**

12. A true and correct copy of the voluntary petition in the 2016 Bankruptcy Case, a copy of which is attached as Exhibit "12" of the Trinity RJN.

13. A true and correct copy of the order and notice of dismissal for failure to comply entered on December 23, 2016, in the 2016 Bankruptcy Case, a copy of which is attached as Exhibit "13" of the Trinity RJN.

**D.  In re: Cecilia Mangaoang, Voluntary Petition under Chapter 13 of the U.S. Bankruptcy Code filed on January 31, 2017, in the United States Bankruptcy Court, Northern District , Case no. 17-50208 ("2017 Bankruptcy Case").**

14. A true and correct copy of the voluntary petition in the 2017 Bankruptcy Case, a copy of which is attached as Exhibit "14" of the Trinity RJN.

15. A true and correct copy of the proof of claim filed by NBH on or about March 3, 2017, in the 2017 Bankruptcy Case, a copy of which is attached as Exhibit "15" to the Trinity RJN.

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-7092-5981 v1
F0016-0002

- 3 -

REQUEST FOR JUDICIAL NOTICE

16. A true and correct copy of plaintiff Cecilia Mangaoang's ("Mangaoang" or "Plaintiff") motion re: valuation of residence ("Motion to Value") filed on May 1, 2017, in the 2017 Bankruptcy Case, a copy of which is attached as Exhibit "16" to the Trinity RJN.

17. A true and correct copy of the order and notice of dismissal for failure to comply entered on May 31, 2018, in the 2017 Bankruptcy Case, a copy of which is attached as Exhibit "17" to the Trinity RJN.

E. **In re: Cecilia Mangaoang, Voluntary petition under Chapter 13 of the U.S. Bankruptcy Code filed on October 4, 2018, in the United States Bankruptcy Court, Northern District, case no. 18-52245 ("2018 Bankruptcy Case")**

18. A true and correct copy of the voluntary petition in 2018 Bankruptcy Case, a copy of which is attached as Exhibit "18" of the Trinity RJN.

19. A true and correct copy of the court order dismissing the case entered on March 25, 2019, in the 2018 Bankruptcy Case, a copy of which is attached as Exhibit "19" of the Trinity RJN.

F. **Cecilia Mangaoang v. Special Default Services, Inc. et al., adv. case no. 18-05062 in the United States Bankruptcy Court, Northern District action ("2018 Adversary Case").**

20. A true and correct copy of the adversary amended complaint ("AMC") filed on December 7, 2018 in the 2018 Adversary Case, a copy of which is attached as Exhibit "20."

21. A true and correct copy of Defendant Trinity's answer to the AMC filed on January 17, 2019 in the 2018 Adversary Case, a copy of which is attached as Exhibit "21" of the Trinity RJN.

22. A true and correct copy of Defendant NBH's answer to the 2018 AMC filed on January 17, 2019 in the 2018 Adversary Case, a copy of which is attached as Exhibit "22" of the Trinity RJN.

23. A true and correct copy of plaintiff Cecilia Mangaoang's motion for leave to file second amended complaint filed on February 11, 2019 in the 2018 Adversary Case, a copy of which is attached as Exhibit "23" of the Trinity RJN.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-7092-5981 v1
F0016-0002

- 4 -

REQUEST FOR JUDICIAL NOTICE

24. A true and correct copy of the order to show cause filed on March 19, 2019 in the 2018 Adversary Case, a copy of which is attached as Exhibit "24" of the Trinity RJN.

25. A true and correct copy of the Defendants SDS, NBH and TFS' response in support of order to show cause filed on March 26, 2019 in the 2018 Adversary Case, a copy of which is attached as Exhibit "25" of the Trinity RJN.

26. A true and correct copy of the dismissal of the adversary proceeding entered on April 23, 2019, in the 2018 Adversary Case, a copy of which is attached as Exhibit "26" of the Trinity RJN.

27. A true and correct copy of Defendant SDS's answer to the AMC filed on January 17, 2019 in the 2018 Adversary Case, a copy of which is attached as Exhibit "27".

G. **Trinity Financial Services, LLC v. Cecilia Mangaoang**, Superior Court of the State of California, County of Santa Clara, case number 18CV339119 ("UD Action")

28. A true and correct copy of the judgment entered on March 14, 2019, in the UD action), attached as Exhibit "28," a copy of which is attached as Exhibit "28."

H. **Trinity Financial Services, LLC v. Cecilia Mangaoang**, Superior Court of the State of California, County of Santa Clara, case number 19CV344274 ("State Civil Action")

29. A true and correct copy of Docket in the State Civil Action, a copy of which is attached as Exhibit "29."

30. A true and correct copy of the complaint filed on March 12, 2019 in the 2018 State Civil Action, a copy of which is attached as Exhibit "30."

I. **Mangaoang v. Special Default Services, Inc., et al.**, United States District Court, Northern District of California, Case NO. 5:19-cv-03125-VKD ("Case No. 5:19-cv-03125-VKD")

31. A true and correct copy of the Notice of Motion and Motion of Defendants Trinity Financial Services, LLC ("Trinity"), and Newport Beach Holdings, LLC ("NBH") (collectively, the "Trinity Defendants"), to Dismiss the Complaint ("Motion"); Memorandum of Points and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-7092-5981 v1
F0016-0002

- 5 -

REQUEST FOR JUDICIAL NOTICE

1  Authorities in Support Thereof filed June 26, 2019 in this matter, a copy of which is attached
2  hereto as Exhibit 31.

3  **J.   Miscellaneous**

4  32.   A true and correct copy of the business entity information for Defendant NBH on
5  file with the Nevada Secretary of State, attached hereto as Exhibit 32.

6  The Court is authorized to take judicial notice of the above documents and the facts
7  alleged therein based on the following authorities.

8  Judicial notice may be taken of "adjudicative facts" (*e.g.*, court records, pleadings, etc.)
9  and other facts not subject to reasonable dispute and either "generally known" in the community
10 or "capable of accurate and ready determination by reference to sources whose accuracy cannot
11 be reasonably questioned." *See,* Fed.Rules Evid., Rule 201(b).  Taking judicial notice of court
12 documents and officially recorded documents, such as deeds, and trust deeds, and the like, has
13 been well established.[1]

14 A Court may also consider "documents" whose contents are alleged in a complaint and
15 whose authenticity no party questions, which are not physically attached to the [plaintiff's]
16 pleading.  Parrino v. FHP, Inc., 146 F.3d 699, 705 (9th Cir. 1998) (quoting Branch v. Tunnell, 14
17 F.3d 449, 454 (9th Cir. 1994); and Vargas v. Reconstrust Company, 2008 W.L. 5101557 at *3
18 (E.D. Cal.).

19 Dated: July 18, 2019                                 BURKE, WILLIAMS & SORENSEN, LLP

21                                                     By: /s/ *Fabio R. Cabezas*
22                                                         Richard J. Reynolds
                                                           Fabio R. Cabezas
                                                           Attorneys for Defendant
23                                                         SPECIAL DEFAULT SERVICES, INC.

---

[1] Federal Rule of Evidence 902(1),(4) [Authentication and Identification] provides in part that extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following: (1) domestic public documents under seal; and (2) certified copies of public records.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-7092-5981 v1
F0016-0002

- 6 -

REQUEST FOR JUDICIAL NOTICE