Cecilia Mangaoang
1765 Landess Ave, PMB #232
Milpitas, CA 95035
(408) 876-9950

FILED
SEP 03 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE)

| | |
|---|---|
| Cecilia Mangaoang, ) | Case No. 5:2019cv03125 SVK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SPECIAL DEFAULT SERVICES, INC.; ) | |
| TRINITY FINANCIAL SERVICES, LLC; ) | |
| NEWPORT BEACH HOLDINGS, LLC; ) | |
| WILMINGTON TRUST, NA, SUCCESSOR ) | |
| TRUSTEE TO CITIBANK, N.A. AS TRUSTEE, ) | |
| FOR THE BENEFIT OF REGISTERED ) | |
| HOLDERS OF STRUCTURED ASSET ) | |
| MORTGAGE INVESTMENTS II TRUST ) | |
| 2007-AR3,MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2007-AR3 ) | |
| SELECT PORTFOLIO SERVICING, INC.; ) | |
| Does # 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE RESPONSE TO [17], [43] [43-1] NEWPORT,
TRINITY MOTIONS TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

1

PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE RESPONSE TO [17], [43] and [43-1  NEWPORT, TRINITY MOTIONS TO DISMISS AND REQUEST FOR JUDICIAL NOTICE

## CERTIFICATION

The undersigned hereby certifies that I attempted to confer with Mr. Matthew Henderson, counsel for Newport Beach Holdings, and Trinity Financial Services but he has not gotten back with me prior to the time of the filing of this motion to indicate whether they will oppose or not.

## MOTION

Plaintiff moves for leave to file late her response to [17], [43] [43-1] DEFENDANTS NEWPORT BEACH HOLDINGS and TRINITY FINANCIAL SERVICES NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF and REQUEST FOR JUDICIAL NOTICE. The response was due 8/28/2019.

A copy of the proposed Response is filed contemporaneously herewith.

Plaintiff has been evicted and separated from her records, and this delayed her response. In addition, there are complex legal issues difficult for a pro se litigant. Additionally,

I was unable to reschedule a Doctor's appointment for my husband, Ferdinand for 8/28/2019 and unable to make it to the Federal Courthouse to file this Response timely.

This motion is made in good faith and not for the purpose of delay.

Executed on this __29__ day of __August__, 2019.

_/s/__Cecilia Mangaoang___
Cecilia Mangaoang
1765 Landess Ave, PMB #323
Milpitas, CA 95035
(408) 876-9950

PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE RESPONSE TO [17], [43] and [43-1  NEWPORT, TRINITY MOTIONS TO DISMISS AND REQUEST FOR JUDICIAL NOTICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon the date last written below I served a true copy of the foregoing upon the following parties by U.S. first class mail and/or email:

**Special Default Services, Inc.**
c/o Fabio Ramano Cabezas
Burke, Williams & Sorensen LLP
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
949-863-3363
949-863-3350 (fax)
fcabezas@bwslaw.com

**Select Portfolio Servicing, Inc.**
**Wilmington Trust, NA, Successor Trustee to Citibank, N.A. as Trustee, for the Benefit of Registered Holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificat**
c/o Bryan Lakeith Hawkins
Stoel Rives LLP
500 Capitol Mall
Suite 1600
Sacramento, CA 95814
916-447-0700
916-447-4781 (fax)
bryan.hawkins@stoel.com

**Newport Beach Holdings, LLC**
**Trinity Financial Services, LLC**
c/o Matthew S. Henderson
Parker Ibrahim & Berg LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
714-361-9550
714-784-4190 (fax)
matthew.henderson@piblaw.com

Executed on this __29__ day of __August__, 2019.   /s/ _____Armanjaveang_____
                                                              Armida Mangaoang

3

**PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE RESPONSE TO [17], [43] and [43-1  NEWPORT, TRINITY MOTIONS TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**