UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MANGAOANG,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SPECIAL DEFAULT SERVICES, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  19-cv-03125-SVK<br><br>**ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE**<br><br>Re: Dkt. No. 55 |

　　　Before the Court is Plaintiff Cecilia Mangaoang's motion for leave to file her untimely opposition to Defendants Newport Beach Holdings, LLC and Trinity Financial Services, LLC's Motion to Dismiss.  Dkt. 55. Plaintiff's opposition was due on August 28, 2019.  Dkt. 53.

　　　The Court **CONDITIONALLY GRANTS** Plaintiff's motion for leave to file.  Defendants are directed to file their reply by September 13, 2019.  The Court will address Plaintiff's persistent tardiness in its Order as it deems appropriate.

　　　**SO ORDERED.**

Dated: September 5, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge