UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MANGAOANG,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIAL DEFAULT SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-03125-SVK<br><br>**JUDGMENT** |

Pursuant to the Court's December 12, 2019 order granting Defendants' motions to dismiss without leave to amend and denying Plaintiff's motion to record a lis pendens, judgment is hereby entered in favor of Defendants and against Plaintiff. The Clerk of Court shall close this case.

**SO ORDERED.**

Dated: December 12, 2019

SUSAN VAN KEULEN
United States Magistrate Judge